

# United States District Court
# Eastern District of California

| Brigitte Mueller | Case Number: | 2:23-CV-00919-WBS-JDP |

Plaintiff(s)

V.

*Amended*
APPLICATION FOR PRO HAC VICE
AND ORDER

| The Lincoln National Life Insurance Company |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Curtis Brent Coulter, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Brigitte Mueller

On 10/05/1987 (date), I was admitted to practice and presently in good standing in the US District Court Nevada (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me. *see addendum*

[ ] I have  [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 6-28-2023    Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

Applicant's Name: Law  Curtis Brent Coulter, Esq.

Firm Name: Coulter Harsh Law

Address: 403 Hill Street

City: Reno   State: NV   Zip: 89501

Phone Number w/Area Code: (775) 324-3380

City and State of Residence: Reno, Nevada

Primary E-mail Address: curtis@coulterharshlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Bert Guerra, Esq.

Law Firm Name:

Address: 335 W. 1st Street

City: Reno   State: NV   Zip: 89503

Phone Number w/Area Code: (775) 366-4999   Bar # 112973

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 28, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## ADDENDUM TO APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

There is a pending but disputed charge that I had a conflict of interest between a physician and a client of my firm that was treated by the physician.

Dated: June 28TH, 2023              Signature of Applicant: _____