# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**BRIGITTE MUELLER,**

CASE NO: **2:23–CV–00919–WBS–JDP**

v.

**LINCOLN NATIONAL LIFE INSURANCE
COMPANY,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/26/2024**

**Keith Holland**
Clerk of Court

ENTERED:  **January 26, 2024**

by:  /s/  L. Reader
Deputy Clerk